UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____

SECURITIES AND EXCHANGE COMMISSION,

           Plaintiff,

           v.                             Case No. 2:11-cv-7314
                                            (WJW-MCA)
JOHN R. EASOM, WILLIAM ECHEVERRI,
  et al.


           Defendants.
_____

**SATISFACTION OF MONETARY PROVISIONS ONLY AS TO FINAL JUDGMENT AGAINST DEFENDANT WILLIAM ECHEVERRI**

Plaintiff, the United States Securities and Exchange Commission, hereby acknowledges payment by Defendant William Echeverri, representing the full payment of the disgorgement, penalty, and prejudgment interest ordered by this Court in its Final Judgment as to Defendant William Echeverri entered on December 27, 2011, at paragraphs II and III ("Final Judgment") at Docket Entry 10 ("Final Judgment"). This payment is a satisfaction of the monetary provisions only of the Final Judgment. All other provisions of and relief granted by the Final Judgment and Order remain in effect.


Dated: Oct. 29, 2013                         Respectfully submitted,

                                                  /s/James A. Kidney
                                                  James Kidney (Lead Counsel)

                                      Heidi Mayor
                                      100 F Street, N.E.
                                      Washington, D.C. 200549-4030
                                      (202) 551-4441 [Kidney]
                                      (202) 772-9362 [Kidney FAX]
                                      KidneyJ@sec.gov

                                      Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

The undersigned counsel for the plaintiff, the Securities and Exchange Commission, hereby certifies that a copy of the attached Satisfaction Judgment of Monetary Provisions Only as to defendant William Echeverri was served this 29th day of October, 2013 on the following via the listed e-mail addresses:

Cheryl A. Krause, Esq.
Dechert LLP
Cira Centre, 19th Fl.
2929 Arch St.
Philadelphia, PA 19104
cheryl.krause@dechert.com

       Counsel for Defendant John Easom

Paul McCurdy, Esq.
Kelley Drye & Warren LLP
400 Atlantic Street
Stamford, CT 06901-3229
pmccurdy@kelleydrye.com

       Counsel for Defendant William Echeverri

Mark E. Ruffolo, Esq.
145 North Franklin Turnpike
Suite 209
Ramsey, NJ 07446
(201) 327-3848
law@markruffolo.com

Counsel for Defendant Paul Quassis

Craig Peligri, Esq.
302 Union St.
Hackensack, NJ 07601
craig@peligri.com

Counsel for Defendant Gary Saggu

James Sallah, Esq.
Sallah & Cox
2101 NW Corporate Blvd.
Suite 218
Boca Raton, FL 33431
jds@sallahcox.com

Counsel for Defendant Victor Echeverri

Sharron E. Ash, Esq.
Hamburger Law Firm, LLC
61 W. Palisade Ave.
Englewood, NJ 07631-2706
sash@hamburgerlaw.com

Counsel for Defendant Joseph Mancuso

Justine Harris, Esq.
Colson & Harris
10 E. 40th St., Ste. 3307
New York, NY 10016
jharris@colsonharris.com

Counsel for Defendant Robert Miketich

Lawrence Leven, Esq.
175 Fairfield Ave.
Caldwell, NJ 07006
lawrence.leven@gmail.com

/s/ James A. Kidney
Counsel for Plaintiff